THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO VELEZ, Appellant.

Submitted August 6, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Mark Diamond, Esq., PO Box 287356 Yorkville Station, New York, NY 10128 assigned as counsel to the appellant on the appeal herein.